**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 07-CR-20630-DT

CHRISTOPHER WILLIAMS,

    Defendant.
                                            /

**OPINION AND ORDER DENYING AS MOOT ANY REDUCTION IN SENTENCE
PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Defendant Christopher Williams was sentenced by United States District Judge James M. Rosenbaum of the District of Minnesota to 168 months custody subsequent to his conviction of conspiracy to distribute and possess with intent to distribute cocaine (Count I) and distribution of cocaine (Count II). This case was transferred to the Eastern District of Michigan on December 12, 2007, and the parties filed a stipulation relating to a possible reduction of sentence on May 16, 2008. Shortly thereafter, on June 17, 2008, Defendant was released from custody and therefore any reduction in sentence is now moot. Accordingly,

IT IS ORDERED that any reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) is DENIED AS MOOT.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: August 18, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 18, 2008, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522